**Tom MALOUFF, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

Circuit Court of Appeals, Eighth Circuit.
January 25, 1929.

No. 8129.

T. J. Malouff, for plaintiff in error.

George Stephan, U. S. Atty., and Charles E. Works, Asst. U. S. Atty., both of Denver, Colo.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, for failure to file brief, as provided in stipulation of parties.

**MARYLAND CASUALTY COMPANY OF BALTIMORE, MARYLAND, Appellant, v. L. R. BAIRD, as Receiver, etc.**

Circuit Court of Appeals, Eighth Circuit.
March 30, 1929.

No. 8282.

Aubrey Lawrence, Matthew W. Murphy and Herbert G. Nilles, all of Fargo, N. D., and Morton Barrows, of St. Paul, Minn., for appellant.

W. E. Purcell and J. A. Heder, both of Wahpeton, N. D., for appellee.

PER CURIAM. Remanded, with directions to vacate and set aside decree and dismiss action with prejudice, without costs to either party in this court, per stipulation of parties.

**MILLER COUNTY HIGHWAY & BRIDGE DISTRICT, Appellant, v. STANDARD PIPE LINE CO., Incorporated.**

Circuit Court of Appeals, Eighth Circuit.
December 3, 1928.

No. 7338.

For former opinion, see 19 F.(2d) 3. For opinion of United States Supreme Court, see 277 U. S. 160, 48 S. Ct. 441, 72 L. Ed. 831.

Henry Moore, Jr., of Texarkana, Ark., for appellant.

H. C. Black, of Independence, Kan., T. M. Milling, of Shreveport, La., and W. H. Arnold, W. H. Arnold, Jr., and David C. Arnold, all of Texarkana, Ark., for appellee.

PER CURIAM. Decree of this court, entered April 18, 1927, vacated pursuant to mandate of the Supreme Court of the United States, and appeal dismissed, at costs of appellee, per stipulation of parties.

**Carroll MILTON, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

Circuit Court of Appeals, Eighth Circuit.
November 2, 1928.

No. 8405.

Fadjo Cravens, of Ft. Smith, Ark., for plaintiff in error.

S. S. Langley, U. S. Atty., of Ft. Smith, Ark.

PER CURIAM. Writ of error docketed and dismissed, on motion of the United States for want of prosecution.

**Jesse MORGENTHAU, Plaintiff-Appellant, v. Charles W. ANDERSON, as Collector, etc., Defendant-Appellee.**

Circuit Court of Appeals, Second Circuit.
March 18, 1929.

No. 268.

Nathan Vidaver, of New York City, for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (Walter H. Schulman, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Affirmed in open court.